UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELIJAH WILLIAMS,**

        **Petitioner,**

**-vs-**             **Case No.  6:10-cv-1127-Orl-19DAB**
                                        **6:95-cr-91-Orl-19**

**UNITED STATES OF AMERICA,**

        **Respondent.**

_____

## ORDER

      This case comes before the Court on the Motion to Hold in Abeyance by Petitioner Elijah Williams.  (Doc. No. 5, filed Sept. 9, 2010).  Petitioner requests that the Court hold his Section 2255 Petition in abeyance so that he may seek authorization from the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. § 2244(b)(3)(A).  The Government has filed a Response to the Motion stating that it does not oppose the relief sought by Petitioner.  (Doc. No. 7, filed Sept. 22, 2010).

      The record in Case No. 6:95-cr-91-Orl-19 shows that the instant habeas petition is a second or successive petition, and thus, the Eleventh Circuit Court of Appeals must authorize this Court to consider the petition.  28 U.S.C. §§ 2244(b)(3)(a), 2255(h).

      Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Motion to Hold in Abeyance by Petitioner Elijah Williams (Doc. No. 5) is **GRANTED**.  Petitioner shall file a motion to authorize a second or successive habeas petition with the Eleventh Circuit Court of Appeals within forty-five (45) days from the date of this Order.  This case is **STAYED** pending the ruling on that motion by the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 24, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party