UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIJAH WILLIAMS,

    Petitioner,

v.                                              CASE NO. 6:10-cv-1127-Orl-19DAB
                                                    (6:95-cr-91-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 17, filed March 9, 2011) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** in Orlando, Florida, this  14th   day of March, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-3 3/14

Counsel of Record
Elijah Williams